ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.: CV 04-4227-GHK(RNBx)                    Date: July 7, 2005

Title:    Dennis Layton v. Int'l Ass'n of Machinists & Aerospace
          Workers, et al.
==================================================================
DOCKET ENTRY

==================================================================
PRESENT: Hon. George H. King, United States District Judge

    Beatrice Herrera                      None
    Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                  None

PROCEEDINGS:  Plaintiff's Motion to Continue Hearing on Motion for
              Summary Judgment; Defendant's Request for Sanctions

    On July 6, 2005, Plaintiff filed a document purporting to be a
declaration supporting a motion to continue the hearing on the motion
for summary judgment. Plaintiff failed to properly notice this motion
for hearing under the local rules. Nor did he bring it as an *ex parte*
application seeking emergency relief. It fails to comply with our local
rules.

    Regardless of the procedural deficiencies, the motion is moot in
light of our order dated July 5, 2005, rescheduling the motion for
summary judgment from July 11, 2005 to July 18, 2005. Accordingly,
Plaintiff's motion to continue the hearing on I.A.M.A.W.'s summary
judgment is **DENIED AS MOOT**.

    Defendant's request for sanctions for Plaintiff's filing of this
requested continuance is **DENIED**.

    IT IS SO ORDERED.

MINUTES FORM 11
CIVIL-GEN                                 Initials of Deputy Clerk_____

DOCKETED ON CM
JUL - 8 2005
BY _____ 004

79