ORIGINAL

I hereby certify that this document was faxed to all counsel (or parties) at their respective, most recent fax number of record, in this action, on this date.

DATED: 7-6-05

DEPUTY CLERK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: CV 04-4227-GHK(RNBx)     Date: July 6, 2005

Title:   Dennis Layton v. Int'l Ass'n of Machinists & Aerospace Workers, et al.

========================================================================
DOCKET ENTRY

========================================================================
PRESENT: Hon. <u>George H. King</u>, United States District Judge

   <u>Beatrice Herrera</u>                <u>None</u>
   Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                  None

**PROCEEDINGS:**   Defendant I.A.M.A.W.'s Motion for Summary Judgment

    On July 5, 2005, we dismissed Defendant District Lodge 947 ("the Lodge") from this action and denied the Lodge's pending motion for summary judgment as moot. Defendant International Association of Machinists and Aerospace Workers (I.A.M.A.W.) also has a motion for summary judgment pending, which was originally noticed for hearing on July 11, 2005. Due to Plaintiff's late filing of his opposition papers, we moved the hearing on this motion to July 18, 2005.

    I.A.M.A.W.'s summary judgment motion purports to incorporate some of the arguments and evidence from the Lodge's separate motion. We will not consider any such arguments incorporated by reference. We view I.A.M.A.W.'s motion as a free-standing, separate motion fully independent of the Lodge's motion, and we will not permit the parties to evade the page limits set by the local rules in this manner.

    By **Monday, July 11, 2005,** Defendant I.A.M.A.W. is ordered to choose one of the following alternatives:

    (1) I.A.M.A.W. may refile its summary judgment motion, making all arguments it wishes to make, in full compliance with the local rules (including applicable page limits). Plaintiff will then be permitted to file a new opposition on July 18, 2005, and I.A.M.A.W.'s reply will be due on July 25, 2005. For



DOCKETED ON CM
JUL - 8 2005
BY SB           004

purposes of this motion only, we waive the meet-and-confer requirement of L.R. 7-3 so long as the revised summary judgment motion raises only arguments previously presented in either the Lodge's or I.A.M.A.W.'s summary judgment motions.

(2) Alternatively, I.A.M.A.W. may waive any arguments made by the Lodge and purportedly incorporated by reference. Failure to file an amended summary judgment motion by July 11, 2005 shall be deemed I.A.M.A.W.'s consent to waive the arguments incorporated by reference.

IT IS SO ORDERED.

MINUTES FORM 11
CIVIL-GEN                              Initials of Deputy Clerk