**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.: CV 04-4227-GHK(RNBx)                    Date: July 14, 2005

Title:    Dennis Layton v. Int'l Ass'n of Machinists & Aerospace
          Workers, et al.

===================================================================
DOCKET ENTRY
===================================================================

PRESENT: Hon. <u>George H. King</u>, United States District Judge

    <u>Beatrice Herrera</u>                    <u>None</u>
    Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                 None

PROCEEDINGS:    Defendant I.A.M.A.W.'s Motion for Summary Judgment

      Pursuant to our July 6, 2005 order, Defendant International
Association of Machinists & Aerospace Workers (I.A.M.A.W.) filed an
amended motion for summary judgment on July 11, 2005, noticed for
hearing on August 1, 2005. The parties shall strictly adhere to the
briefing schedule set forth in our July 6, 2005 order, and no late-filed
papers shall be considered by the court. Should Plaintiff fail to file
a <u>timely</u> opposition, we shall deem it his consent to the granting of the
relief requested by I.A.M.A.W. in its motion. <u>See</u> L.R. 7-9 & 7-12.

      In light of the filing of I.A.M.A.W.'s amended motion for summary
judgment, we deem the previous summary judgment motion, presently
noticed for hearing on July 18, 2005, to have been **withdrawn by
I.A.M.A.W.**

      Finally, on the court's own motion, I.A.M.A.W.'s amended motion for
summary judgment, scheduled for hearing on August 1, 2005, is hereby
**taken off calendar**. The matter shall be taken under submission without
oral argument on August 1, 2005. No appearances are necessary.

      **IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL-GEN                                Initials of Deputy Clerk _____


